# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                  **CASE NO. 4:18-CR-00207-BSM**

**DAVID NICHOLAS JAMES**                                          **DEFENDANT**

## ORDER

The government's motion to dismiss the superseding indictment [Doc. No. 63] filed against defendant David James is granted. Pursuant to Federal Rule of Criminal Procedure 48(a), the superseding indictment against James is dismissed without prejudice. The government's motion in limine [Doc. No. 61] is denied as moot.

IT IS SO ORDERED, this 9th day of April, 2021.

                                                                     _/s/ Brian S. Miller_
                                                                    UNITED STATES DISTRICT JUDGE