IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                  CASE NO. 4:18-CR-00207-BSM

DAVID NICHOLAS JAMES                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 9th day of April, 2021.

                                                      UNITED STATES DISTRICT JUDGE